883 A.2d 1047

IN THE MATTER OF ELLIOT H. GOURVITZ, AN ATTORNEY AT LAW (ATTORNEY NO. 255681969).

October 20, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–117, concluding that **ELLIOT H. GOURVITZ** of **SHORT HILLS**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ELLIOT H. GOURVITZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.